IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JEFFREY SCOTT BAREA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:11CV634 |
| | § | |
| | § | |
| UNIVERSITY OF NORTH TEXAS | § | |
| POLICE DEPARTMENT, ET AL. | § | |
| | § | |
| Defendants. | § | |

**MEMORANDUM ADOPTING REPORTS AND**
**RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the reports of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 6, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the UNT Defendants' Motion to Dismiss (Dkt. 19) be GRANTED and that the claims against Defendants the University of North Texas Police Department, the University of North Texas, Ed Reynolds, and Alexander Gaston should be dismissed with prejudice (*see* Dkt. 26). Also on December 6, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant Denton County Sheriff's Department's Motion to Dismiss (Dkt. 18) be GRANTED and that the claims against Defendant Denton County Sheriff's Department should be dismissed with prejudice (*see* Dkt. 27).

1

Having received the reports of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's reports as the findings and conclusions of the court.

Therefore, the UNT Defendants' Motion to Dismiss (Dkt. 19) and Defendant Denton County Sheriff's Department's Motion to Dismiss (Dkt. 18) are GRANTED, and the claims against Defendants the University of North Texas Police Department, the University of North Texas, Ed Reynolds, Alexander Gaston, and the Denton County Sheriff's Department are hereby dismissed with prejudice.

**IT IS SO ORDERED.**

**SIGNED this the 20th day of March, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE